**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CLARENCE TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-01231-NCC |
| ) | |
| CHARLES MORGAN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Clarence Taylor's "Motion for Entry of Default" and "Motion for Default Judgment." (Docket No. 11; Docket No. 12). Plaintiff asserts that "court records will reflect or [his] records will reflect that" defendants were served on January 17, 2022 and January 18, 2022, and that they have not responded within twenty-one days.

Having reviewed the file, the Court has not found a return of service for any of the defendants in this action. Because plaintiff has not provided proof of service, his motions will be denied at this time. In addition, the Court will give plaintiff twenty-one (21) days from the date of this order in which to provide proof of service to the Court. If plaintiff fails to comply timely with this order, this action will be dismissed without prejudice. *See* Fed. R. Civ. P. 4(m).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Motion for Entry of Default" (Docket No. 11) and "Motion for Default Judgment" (Docket No. 12) are **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall provide the Court with proof of service on all defendants by **March 24, 2022**.

**IT IS FURTHER ORDERED** that if plaintiff does not provide the Court with proof of service as to each defendant by **March 24, 2022**, this action will be dismissed without prejudice as to any unserved defendant(s).  If plaintiff does not provide any proof of service by **March 24, 2022**, the entire action will be dismissed without prejudice.  See Fed. R. Civ P. 4(m).

Dated this 3rd day of March, 2022.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**